# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Engelmayer, Paul A. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of New York | **3. Date of Report**<br><br>09/17/2020 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY
10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/13/19-01/19/19 | Cambridge, MA | Instructor, Trial Advocacy Workshop | Transportation and Meals |
| 2. | Harvard Law School | 03/07/2019 | Cambridge, MA | Instructor, White-Collar Crime Course | Transportation and Meals |
| 3. | Harvard Law Review | 05/07/2019 | Cambridge, MA | Attendee at trustees meeting | Transportation and Meals |
| 4. | Second Circuit Judicial Conference | 06/06/2019-06/07/2019 | New Paltz, New York | Attendee at the Second Circuit Judicial Conference | Transportation and Lodging |
| 5. | Judicial Conference of the United States | 06/11/2019-06/24/2019 | Chicago, Illinois | Attendee at JCUS bankruptcy committee meeting | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

| 6. | Judicial Conference of the United States | 12/09/2019-12/11/2019 | Washington, DC | Attendee at JCUS bankruptcy committee meeting | Transportation and Meals |
|---|---|---|---|---|---|
| 7. | Harvard Law Review | 12/13/2019 | Cambridge, MA | Attendee at trustees meeting | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 3. Coho Relative Value Equity Advisor | A | Int./Div. | J | T | Sold<br>(part) | 07/02/19 | N | | |
| 4. | | | | | Sold<br>(part) | 09/30/19 | O | | |
| 5. First Eagle Global Inst CL I | D | Int./Div. | M | T | | | | | |
| 6. FPA Crescent | D | Int./Div. | M | T | Sold<br>(part) | 01/18/19 | L | A | |
| 7. | | | | | Sold<br>(part) | 06/18/19 | M | A | |
| 8. iShares MSCI Emerging Market Index Fund | B | Int./Div. | L | T | | | | | |
| 9. Parametric Emerging Markets Fund I | D | Int./Div. | N | T | | | | | |
| 10. Salient MLP & Energy Infrastructure I | E | Int./Div. | N | T | | | | | |
| 11. Syntax Stratified Largecap ETF | D | Int./Div. | O | T | Buy | 07/03/19 | N | | |
| 12. | | | | | Buy<br>(add'l) | 10/01/19 | O | | |
| 13. Brokerage #4 (H) | | | | | | | | | |
| 14. Berkshire Hathaway Inc Del A | | None | P2 | T | | | | | |
| 15. Berkshire Hathaway Inc Del B | | None | M | T | Sold<br>(part) | 11/07/19 | J | D | |
| 16. Coho Relative Value Equity Advisor | | None | | | Sold | 07/02/19 | J | D | |
| 17. First Eagle Global Inst CL I | F | Int./Div. | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FPA Crescent | D | Int./Div. | M | T | | | | | |
| 19. JPMorgan Strategic Income Opportunities Fund I Class | D | Int./Div. | N | T | | | | | |
| 20. Parnassus Core Equity Institutional | | None | P1 | T | | | | | |
| 21. Salient MLP & Energy Infrastructure I | D | Int./Div. | N | T | Buy | 05/14/19 | M | | |
| 22. Syntax Stratified Largecap ETF | C | Int./Div. | N | T | Buy | 07/03/19 | N | | |
| 23. WCM Focused International Growth Instl | B | Int./Div. | O | T | | | | | |
| 24. WisdomTree US LargeCap Dividend ETF | E | Int./Div. | P1 | T | | | | | |
| 25. Brokerage #5 (H) | | | | | | | | | |
| 26. NY St Dorm Auth Per 5% 02/15/2034 (64990E3G0) | A | Int./Div. | L | T | Buy | 01/31/19 | L | | |
| 27. Triborough Brdg & Tunl Auth N Y Revs 05 | | None | N | T | | | | | |
| 28. IRA #1 Roth1 (H) | | | | | | | | | |
| 29. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | Buy (add'l) | 05/15/19 | K | | |
| 30. | | | | | Buy | 12/20/19 | J | | |
| 31. BBH Core Select N | | None | | | Sold | 05/14/19 | K | A | |
| 32. Carillon Reams Unconstrained Bond I | | None | | | Sold | 05/14/19 | K | A | |
| 33. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 34. | | | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 37. First Eagle Global Inst CL I | A | Int./Div. | K | T | Buy<br>(add'l) | 12/18/19 | J | | |
| 38. Salient MLP & Energy Infrastructure I | A | Int./Div. | J | T | Sold<br>(part) | 05/16/19 | J | | |
| 39. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 40. | | | | | Sold<br>(part) | 05/16/19 | J | | |
| 41. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 42. Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 05/15/19 | K | | |
| 43. | | | J | T | Buy<br>(add'l) | 11/15/19 | J | | |
| 44. | | | | | | | | | |
| 45. IRA#1 Roth2 (H) | | | | | | | | | |
| 46. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 47. BBH Core Select N | | None | | | Sold | 05/14/19 | K | A | |
| 48. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | Buy<br>(add'l) | 05/16/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy (add'l) | 05/15/19 | K | | |
| 53. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 54. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 12/06/19 | J | | |
| 55. IRA #3 (H) | | | | | | | | | |
| 56. Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 57. BBH Core Select N | | None | | | Sold | 05/14/19 | K | A | |
| 58. Carillon Reams Unconstrained Bond I | A | Int./Div. | K | T | | | | | |
| 59. First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 60. Salient MLP & Energy Infrastructure I | A | Int./Div. | J | T | | | | | |
| 61. Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy | 05/15/19 | K | | |
| 62. | | | | | Buy | 11/15/19 | J | | |
| 63. IRA #4 (H) | | | | | | | | | |
| 64. Carillon Reams Unconstrained Bond I | C | Int./Div. | M | T | Sold (part) | 05/31/19 | J | A | |
| 65. | | | | | Sold (part) | 07/16/19 | J | A | |
| 66. | | | | | Sold (part) | 10/11/19 | J | A | |
| 67. Salient MLP & Energy Infrastructure I | B | Int./Div. | L | T | | | | | |
| 68. IRA #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aberdeen Emerging Markets Instl | A | Int./Div. | L | T | | | | | |
| 70. Carillon Reams Unconstrained Bond I | B | Int./Div. | K | T | Sold (part) | 05/31/19 | J | A | |
| 71. | | | | | Sold (part) | 10/11/19 | J | A | |
| 72. | | | | | Sold (part) | 07/16/19 | J | A | |
| 73. IRA #6 (H) | | | | | | | | | |
| 74. CapitalSpring Investment Partners V Parallel III, LP | A | Distribution | N | T | | | | | |
| 75. FPA Crescent | D | Int./Div. | M | T | Sold (part) | 02/01/19 | L | A | |
| 76. | | | | | Sold (part) | 02/27/19 | K | A | |
| 77. | | | | | Buy (add'l) | 11/15/19 | K | | |
| 78. | | | | | Sold (part) | 12/12/19 | J | A | |
| 79. | | | | | Sold (part) | 12/18/19 | J | | |
| 80. JPMorgan Strategic Income Opportunities Fund I Class | D | Int./Div. | M | T | Sold (part) | 04/02/19 | J | A | |
| 81. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 82. | | | | | Sold (part) | 11/20/19 | J | A | |
| 83. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 84. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 85. Vanguard Total Stock Market ETF | A | Int./Div. | L | T | Buy (add'l) | 05/14/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/15/19 | K | | |
| 87. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 88. Trust #1 (H) | | | | | | | | | |
| 89. BBH Core Select N | | None | | | Sold | 07/26/19 | K | A | |
| 90. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 91. BlackRock Strategic Income Opps Instl | | None | | | Sold | 07/26/19 | L | A | |
| 92. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 93. Credit Suisse Floating Rate Hi Inc A | | None | | | Sold | 07/26/19 | J | A | |
| 94. First Eagle Global Inst CL I | B | Int./Div. | K | T | Sold (part) | 07/26/19 | J | B | |
| 95. FPA Crescent | B | Int./Div. | K | T | Buy (add'l) | 07/31/19 | J | | |
| 96. iShares MSCI Emerging Market Index Fund | A | Int./Div. | K | T | | | | | |
| 97. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 98. Plattsburgh NY (GO) | A | Int./Div. | J | T | Buy (add'l) | 07/29/19 | J | | |
| 99. Salient MLP & Energy Infrastructure I | A | Int./Div. | K | T | Buy (add'l) | 07/30/19 | K | | |
| 100. Templeton Global Bond Fund Advisor Class | | None | | | Sold | 07/26/19 | J | A | |
| 101. Vanguard S&P 500 ETF | A | Int./Div. | L | T | Buy (add'l) | 07/30/19 | L | | |
| 102. Vanguard Small Cap ETF | A | Int./Div. | J | T | Buy (add'l) | 07/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 07/30/19 | J | | |
| 104. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 105. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | | | | | |
| 106. Trust #2 (H) | | | | | | | | | |
| 107. BBH Core Select N | | None | | | Sold | 07/26/19 | J | A | |
| 108. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 109. BlackRock Strategic Income Opps Instl | | None | | | Sold | 07/26/19 | L | A | |
| 110. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 111. Credit Suisse Floating Rate Hi Inc A | | None | | | Sold | 07/26/19 | J | A | |
| 112. First Eagle Global Inst CL I | A | Int./Div. | J | T | Sold (part) | 07/26/19 | J | B | |
| 113. FPA Crescent | A | Int./Div. | J | T | | | | | |
| 114. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 115. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 116. Salient MLP & Energy Infrastructure I | A | Int./Div. | K | T | Buy (add'l) | 07/30/19 | K | | |
| 117. Templeton Global Bond Fund Advisor Class | | None | | | Sold | 07/26/19 | J | A | |
| 118. Vanguard S&P 500 ETF | A | Int./Div. | L | T | Buy (add'l) | 07/30/19 | L | | |
| 119. Vanguard Small Cap ETF | A | Int./Div. | J | T | Buy (add'l) | 07/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. WCM Focused International Growth Instl | A | Int./Div. | K | T | | | | | |
| 121. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 122. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | | | | | |
| 123. UTMA #3 (H) | | | | | | | | | |
| 124. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 125. First Eagle Global Inst CL I | A | Int./Div. | J | T | Buy<br>(add'l) | 12/18/19 | J | | |
| 126. Templeton Global Bond Fund Advisor Class | | None | | | Sold | 05/14/19 | K | A | |
| 127. Vanguard Emerging Market | A | Int./Div. | K | T | Buy<br>(add'l) | 05/15/19 | K | | |
| 128. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 130. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 131. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 132. UTMA #4 (H) | | | | | | | | | |
| 133. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 134. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 135. First Eagle Global Inst CL I | B | Int./Div. | K | T | Buy<br>(add'l) | 12/18/19 | J | | |
| 136. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 02/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  529 #1 (H) | | | | | | | | | |
| 138.  Growth Stock Index Portfolio | None | | K | T | | | | | |
| 139.  Value Stock Index Portfolio | None | | K | T | | | | | |
| 140.  Inflation-Protected Securities Portfolio | None | | L | T | | | | | |
| 141.  Interest Accumulation Portfolio | None | | L | T | Sold<br>(part) | 02/01/19 | J | | |
| 142. | | | | | Sold<br>(part) | 02/01/19 | J | | |
| 143. | | | | | Sold<br>(part) | 02/19/19 | J | | |
| 144. | | | | | Sold<br>(part) | 02/19/19 | J | | |
| 145. | | | | | Sold<br>(part) | 03/11/19 | J | | |
| 146. | | | | | Sold<br>(part) | 09/09/19 | J | | |
| 147. | | | | | Sold<br>(part) | 09/09/19 | J | | |
| 148.  529 #2 (H) | | | | | | | | | |
| 149.  Aggressive Growth Portfolio | None | | L | T | Sold<br>(part) | 07/08/19 | J | | |
| 150. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 151.  Developed Markets Index Portfolio | None | | J | T | Sold<br>(part) | 07/08/19 | J | | |
| 152. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 153.  Mid-Cap Stock Index Portfolio | None | | K | T | Sold<br>(part) | 07/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/23/19 | J | | |
| 155. Interest Accumulation Portfolio | None | | K | T | Sold (part) | 07/08/19 | J | | |
| 156. | | | | | Sold (part) | 07/08/19 | J | | |
| 157. | | | | | Sold (part) | 07/12/19 | J | | |
| 158. | | | | | Sold (part) | 12/23/19 | J | | |
| 159. 529 #3 (H) | | | | | | | | | |
| 160. Aggressive Growth Portfolio | None | | J | T | Sold (part) | 07/12/19 | J | | |
| 161. | | | | | Sold (part) | 07/12/19 | K | | |
| 162. Developed Markets Index Portfolio | None | | J | T | Sold (part) | 07/12/19 | J | | |
| 163. | | | | | Sold (part) | 07/12/19 | K | | |
| 164. Mid-Cap Stock Index Portfolio | None | | J | T | Sold (part) | 07/12/19 | J | | |
| 165. | | | | | Sold (part) | 07/12/19 | K | | |
| 166. Interest Accumulation Portfolio | None | | K | T | Sold (part) | 07/12/19 | J | | |
| 167. | | | | | Sold (part) | 07/12/19 | K | | |
| 168. | | | | | Sold (part) | 08/01/19 | J | | |
| 169. | | | | | Sold (part) | 09/04/19 | J | | |
| 170. | | | | | Sold (part) | 09/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 09/06/19 | J | | |
| 172. | | | | | Sold (part) | 09/16/19 | J | | |
| 173. | | | | | Sold (part) | 09/16/19 | J | | |
| 174. | | | | | Sold (part) | 09/16/19 | J | | |
| 175. | | | | | Sold (part) | 09/23/19 | J | | |
| 176. | | | | | Sold (part) | 10/01/19 | J | | |
| 177. | | | | | Sold (part) | 10/21/19 | J | | |
| 178. | | | | | Sold (part) | 11/05/19 | J | | |
| 179.  529 #4 (H) | | | | | | | | | |
| 180.  Growth Stock Index Portfolio | None | | L | T | Sold (part) | 07/12/19 | J | | |
| 181. | | | | | Sold (part) | 07/12/19 | J | | |
| 182. | | | | | Sold (part) | 12/23/19 | J | | |
| 183.  Value Stock Index Portfolio | None | | L | T | Sold (part) | 07/12/19 | J | | |
| 184. | | | | | Sold (part) | 07/12/19 | J | | |
| 185. | | | | | Sold (part) | 12/23/19 | J | | |
| 186.  Inflation-Protected Securities Portfolio | None | | K | T | Sold (part) | 07/12/19 | J | | |
| 187. | | | | | Sold (part) | 07/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 189. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 190. Interest Accumulation Portfolio | None | | K | T | Sold<br>(part) | 07/12/19 | J | | |
| 191. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 192. Teachers Retirement System of NY 403(b)<br>(H) | | | | | | | | | |
| 193. Diversified Equity | None | | M | T | | | | | |
| 194. Stable Value | None | | M | T | | | | | |
| 195. International Equity | None | | L | T | | | | | |
| 196. Citibank Checking Account (H) | None | | K | T | | | | | |
| 197. Chase Checking Account (H) | None | | J | T | | | | | |
| 198. Brokerage #7 (H) | | | | | | | | | |
| 199. CapitalSpring Direct Lending Partners, LP | G | Distribution | N | T | | | | | |
| 200. Brokerage #8 (H) | | | | | | | | | |
| 201. Baron Growth | B | Int./Div. | K | T | | | | | |
| 202. Berkshire Hathaway Inc Del B | | None | | | Sold<br>(part) | 10/31/19 | K | E | |
| 203. | | | | | Sold | 11/04/19 | K | D | |
| 204. Fidelity Contrafund | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Fidelity Low-Priced Stock Fund | C | Int./Div. | K | T | | | | | |
| 206.  Royce Total Return Fund | C | Int./Div. | K | T | | | | | |
| 207.  Salient MLP & Energy Infrastructure I | D | Int./Div. | M | T | Buy<br>(add'l) | 11/15/19 | L | | |
| 208.  SPDR S&P 500 ETF | B | Int./Div. | L | T | | | | | |
| 209.  SPDR S&P MidCap 400 ETF | A | Int./Div. | K | T | | | | | |
| 210.  Tweedy Browne Global Value Fund | A | Int./Div. | L | T | | | | | |
| 211.  IRA #7 (H) | | | | | | | | | |
| 212.  BBH Core Select N | | None | | | Sold | 05/14/19 | L | A | |
| 213.  Carillon Reams Unconstrained Bond I | D | Int./Div. | M | T | Sold<br>(part) | 10/11/19 | K | A | |
| 214.  First Eagle Global Inst CL I | E | Int./Div. | N | T | Sold<br>(part) | 05/31/19 | J | A | |
| 215. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 216.  Salient MLP & Energy Infrastructure I | C | Int./Div. | L | T | | | | | |
| 217.  Vanguard Total Stock Market ETF | A | Int./Div. | L | T | Buy<br>(add'l) | 05/15/19 | L | | |
| 218.  Trust #3 (H) | | | | | | | | | |
| 219.  Blackrock Statregic Muni Opportunities | A | Int./Div. | K | T | | | | | |
| 220.  Fidelity Treaury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 221.  Fidelity Total Market Index Fund | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Fidelity 500 Index Fund | A | Int./Div. | J | T | | | | | |
| 223. Fidelity Contrafund | A | Int./Div. | K | T | | | | | |
| 224. Fidelity Tax Exempt Money Market Fund | A | Int./Div. | J | T | | | | | |
| 225. Glenmede Large Cap Core | A | Int./Div. | J | T | | | | | |
| 226. SPDR S&P Mid Cap 400 ETF TR | A | Int./Div. | J | T | | | | | |
| 227. SPDR S&P 500 ETF Trust Unit Depository Receipt | A | Int./Div. | J | T | | | | | |
| 228. SPDR Series Trust SPDR Bloomberg | A | Int./Div. | J | T | | | | | |
| 229. Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | J | T | | | | | |
| 230. Trust #4 (H) | | | | | | | | | |
| 231. Chase Checking Account | | None | J | T | | | | | |
| 232. UTMA #6 (H) | | | | | | | | | |
| 233. First Trust Dow Jones Internet Index | | None | J | T | | | | | |
| 234. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | J | T | Buy (add'l) | 02/26/19 | J | | |
| 235. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 236. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 237. Schwab Government Money Fund | A | Int./Div. | J | T | | | | | |
| 238. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | | | | | |
| 240. Trust #5 (H) | | | | | | | | | |
| 241. Aberdeen Emerging Markets Instl | | None | | | Sold | 07/26/19 | J | A | |
| 242. Ardsley NY (GO) | A | Int./Div. | K | T | Buy | 07/29/19 | K | | |
| 243. BBH Core Select N | | None | | | Sold | 07/26/19 | K | A | |
| 244. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 245. BlackRock Strategic Income Opps Instl | A | Int./Div. | | | Sold | 07/26/19 | K | A | |
| 246. Carillon Reams Unconstrained Bond I | | None | | | Sold | 07/26/19 | K | A | |
| 247. Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 248. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | | | Sold | 07/26/19 | K | A | |
| 249. Endwell NY Fire Dist (GO) | A | Int./Div. | L | T | Buy | 07/29/19 | L | | |
| 250. First Eagle Global Inst CL I | | None | | | Sold | 07/26/19 | J | B | |
| 251. FPA Crescent | A | Int./Div. | K | T | | | | | |
| 252. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 253. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 254. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | | | Sold | 07/26/19 | K | | |
| 255. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | | | Sold | 03/01/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Plattsburgh NY (GO) | A | Int./Div. | K | T | Buy | 07/29/19 | K | | |
| 257.  Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | Buy | 07/31/19 | J | | |
| 258.  Templeton Global Bond Fund Advisor Class | A | Int./Div. | | | Sold | 07/26/19 | J | A | |
| 259.  Troy NY (GO) | | None | L | T | Buy | 07/29/19 | L | | |
| 260.  Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 01/10/19 | K | | |
| 261.  WCM Focused International Growth Instl | A | Int./Div. | L | T | | | | | |
| 262.  WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 263.  WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | | | | | |
| 264.  Trust #6 (H) | | | | | | | | | |
| 265.  Aberdeen Emerging Markets Instl | | None | | | Sold | 07/26/19 | J | A | |
| 266.  Ardsley NY (GO) | A | Int./Div. | K | T | Buy | 07/29/19 | K | | |
| 267.  BBH Core Select N | | None | | | Sold | 07/26/19 | L | A | |
| 268.  Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 269.  BlackRock Strategic Income Opps Instl | A | Int./Div. | | | Sold | 07/26/19 | K | A | |
| 270.  Carillon Reams Unconstrained Bond I | A | Int./Div. | | | Sold | 07/26/19 | K | A | |
| 271.  Coho Relative Value Equity Advisor | B | Int./Div. | K | T | | | | | |
| 272.  Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | | | Sold | 07/26/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Endwell NY Fire Dist (GO) | A | Int./Div. | L | T | Buy | 07/29/19 | L | | |
| 274. First Eagle Global Inst CL I | B | Int./Div. | K | T | Sold (part) | 07/26/19 | J | B | |
| 275. FPA Crescent | C | Int./Div. | L | T | Buy (add'l) | 07/31/19 | J | | |
| 276. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |
| 277. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 278. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | | | Sold | 07/26/19 | K | A | |
| 279. Onondaga Cnty Ny Go Bds Ser 2009A 4% 03/01/2019 | A | Int./Div. | | | Sold | 03/01/19 | J | A | |
| 280. Plattsburgh NY (GO) | A | Int./Div. | L | T | Buy | 07/29/19 | L | | |
| 281. Salient MLP & Energy Infrastructure I | B | Int./Div. | K | T | Sold (part) | 07/26/19 | J | A | |
| 282. | | | | | Buy | 07/30/19 | J | | |
| 283. | | | | | Buy | 07/31/19 | J | | |
| 284. Templeton Global Bond Fund Advisor Class | A | Int./Div. | | | Sold | 07/26/19 | J | A | |
| 285. Troy NY (GO) | | None | L | T | Buy | 07/29/19 | L | | |
| 286. Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy (add'l) | 01/10/19 | K | | |
| 287. WCM Focused International Growth Instl | A | Int./Div. | L | T | Buy | 07/30/19 | J | | |
| 288. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 289. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Brokerage #9 (H) | | | | | | | | | |
| 291. JPMorgan Strategic Income Opportunities Fund I Class | A | Int./Div. | J | T | | | | | |
| 292. Schwab Government Money Fund | A | Int./Div. | J | T | | | | | |
| 293. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | | | | | |
| 294. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | J | T | | | | | |
| 295. Brokerage #10 (H) | | | | | | | | | |
| 296. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy | 12/20/19 | J | | |
| 297. First Eagle Global Inst CL I | A | Int./Div. | J | T | Sold (part) | 12/18/19 | J | | |
| 298. Templeton Global Bond Fund Advisor Class | A | Int./Div. | | | Sold | 05/14/19 | K | A | |
| 299. Vanguard Emerging Market | A | Int./Div. | K | T | Buy (add'l) | 05/15/19 | K | | |
| 300. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 05/15/19 | J | | |
| 301. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 302. WisdomTree U.S. MidCap Dividend | A | Int./Div. | J | T | Buy (add'l) | 06/03/19 | J | | |
| 303. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 304. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 305. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 306. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 308. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 309. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 310. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 311. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 312. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 313. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 314. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 315. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 316. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 317. Brokerage #11 (H) | | | | | | | | | |
| 318. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 319. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 320. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 321. WisdomTree US LargeCap Dividend ETF | A | Int./Div. | K | T | Buy (add'l) | 01/25/19 | J | | |
| 322. Brokerage #12 (H) | | | | | | | | | |
| 323. Dyal Capital Partners IV LP | D | Distribution | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Brokerage #13 (H) | | | | | | | | | |
| 325.  Brookhaven NY Go Ser Bds Ser 2017 4% 04/15/2026 | B | Int./Div. | M | T | | | | | |
| 326.  Erie Cnty Ny Indl Dev Agy Sch Fac 5% 05/01/2026 | | None | | | Sold | 08/06/19 | L | A | |
| 327.  Hudson Yds Infrastructure Corp 5% 02/15/2029(44420RAQ3) | A | Int./Div. | M | T | | | | | |
| 328.  Long Island Pwr Authn Y Elec Sys Rev(5426902H4) | A | Int./Div. | M | T | | | | | |
| 329.  Met Transprtn Auth NY Revenue 5% 11/15/2026 | | None | | | Matured | 08/06/19 | L | B | |
| 330.  Metropolitan Trans Auth NY Rev 5% 11/15/2017(59261AJM0) | C | Int./Div. | M | T | | | | | |
| 331.  Metropolitan Transn Auth N Y Dedicated(59259NR54) | C | Int./Div. | M | T | | | | | |
| 332.  Metropolitan Transn Auth N Y Rev 5% 11/15/2028(59261ANL7) | B | Int./Div. | M | T | Sold (part) | 08/06/19 | K | B | |
| 333.  Metropolitan Transn Auth Ny Rev 5% 11/15/2029(59261APZ4) | B | Int./Div. | M | T | | | | | |
| 334.  New York City Transitional Fin 5% 08/01/2029(64971WR36) | A | Int./Div. | L | T | | | | | |
| 335.  New York City Transitional(64971QXQ1) | B | Int./Div. | M | T | | | | | |
| 336.  New York N Y Go Bds Ser. H(64966JJ80) | A | Int./Div. | L | T | | | | | |
| 337.  New York NY 5% 08/01/2027(64966JMY9) | A | Int./Div. | M | T | Buy (add'l) | 07/11/19 | M | | |
| 338.  New York Ny City Mun Wtr Fin Auth 5% 06/15/2029(64972GQT4) | A | Int./Div. | M | T | Buy (add'l) | 07/13/19 | M | | |
| 339.  New York NY City Transitional Fin Auth Rev Future Tax Secured Subord(6 | B | Int./Div. | L | T | | | | | |
| 340.  New York St 5% 02/15/2030(649791DS6) | A | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. New York St Dorm Auth Revs St(64990HMQ0) | B | Int./Div. | M | T | | | | | |
| 342. New York St Dorm Auth Sales Tax Rev(64990AAL9) | B | Int./Div. | M | T | | | | | |
| 343. New York St Dorm Auth St Pers Income Rev Bds 5% 02/15/2028(64990E4V6) | A | Int./Div. | L | T | | | | | |
| 344. New York St Dorm Auth St Pers Income(64990ECG0) | B | Int./Div. | M | T | | | | | |
| 345. New York St Dorm Auth St Pers Income(64990EDF1) | C | Int./Div. | K | T | | | | | |
| 346. New York St Dorm Auth St Pers Income(64990EX85) | A | Int./Div. | M | T | | | | | |
| 347. New York St Twy Authgen Rev Gen Rev Bds(650009YC1) | A | Int./Div. | K | T | | | | | |
| 348. New York St. Dorm Auth Sales Tax 5% 03/15/2031(64990AFB6) | A | Int./Div. | M | T | | | | | |
| 349. New York St. Dorm Auth St. Pers Income 5% 02/15/2027(64990E4U8) | A | Int./Div. | M | T | | | | | |
| 350. New York St. Urban Dev 5% 03/15/2029(6500353S5) | B | Int./Div. | L | T | | | | | |
| 351. NY St Dorm Auth Per 5% 02/15/2034(64990E3G0) | A | Int./Div. | L | T | | | | | |
| 352. Sales Tax Asset Receivable Corp NY 5% 10/15/2028(794665FQ7) | B | Int./Div. | L | T | | | | | |
| 353. Texas St Rev Utx(882724PY7) | | None | M | T | Buy | 08/28/19 | M | | |
| 354. Triborough Brdg & Tunl Auth N Y Revs 05(89602NZE7) | B | Int./Div. | L | T | | | | | |
| 355. Triborough Brdg & Tunl Auth NY 5% 11/15/2027(89602NH64) | B | Int./Div. | L | T | | | | | |
| 356. IRA #11 (H) | | | | | | | | | |
| 357. Brevet Direct Lending - Short Duration Fund Ltd. | A | Int./Div. | N | T | Buy | 02/08/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Engelmayer, Paul A.** | 09/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re. Part II, Agreements - "2009 WilmerHale partnership agreement re. interest earned on retained capital of former partners (y)".
This agreement was disolved in mid-December, 2014.  It is no longer in force, and will not be listed on future Financial Disclosure Reports.

This report is being submitted within the deadline, extended 90 days due to COVID-19.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544